JUSTICE HUNT,
dissenting:
I dissent. I concur generally with the foregoing dissent of Justice Sheehy and in particular with what he has to say about the case of Bieber v. Broadwater County (Mont. 1988), [232 Mont. 487,] 759 P.2d 145. As the author of that case, I can not believe it has been used as the seminal case to destroy immunity provided by the Montana Constitution, but if the effect leads to this conclusion, then I vote to overrule the case in its entirety. To extend the act of a County Commissioner performing in his capacity as a Commissioner/legislator whose act was ratified by the legislative body to which he belonged, to a snow-shoveling janitor’s failure to protect the public by maintaining sidewalks in a safe condition is, as Justice Sheehy too mildly said, “unsupportable.” I say it is ludicrous and unbelievable.